**Appeal Dismissed and Memorandum Opinion filed October 27, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00550-CV

## LINICAM INVESTMENTS, LLC, Appellant

## V.

## NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-50901**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed May 9, 2022. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). Upon review of the record, we

have determined that the May 9, 2022 order is not appealable because the record does not reflect the disposition of plaintiff's claims against all defendants.

On October 7, 2022, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal on or before October 17, 2022. *See* Tex. R. App. P. 42.3(a). No response was filed.

We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer.